UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DANIELLA PHYLLIS HALL

CASE NO: 26-12809

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 7/1/2026, I did cause a copy of the following documents, described below,

Chapter 13 Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/1/2026

/s/ Michael I. Assad
Michael I. Assad  330937
Attorney at Law
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DANIELLA PHYLLIS HALL

CASE NO: 26-12809

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 7/1/2026, a copy of the following documents, described below,

Chapter 13 Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/1/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Rd Ste 336
Cherry Hill, NJ  08002

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-12809
EASTERN DISTRICT OF PENNSYLVANIA
WED JUL 1 9-10-43 PST 2026

~~EXCLUDE~~

~~PHILADELPHIA~~
~~900 MARKET STREET~~
~~SUITE 400~~
~~PHILADELPHIA  PA 19107-4233~~

CFNA
ATTN BANKRUPTCY
6275 EASTLAND RD
BROOK PARK  OH 44142-1301

CELTIC BANK
ATTN BANKRUPTCY
268 S STATE ST STE 300
SALT LAKE CITY  UT 84111-5314

CHIME FINANCIAL INC
ATTN BANKRUPTCY
101 CALIFORNIA ST FL 5
SAN FRANCISCO  CA 94111-3580

COMCAST
ATTN BANKRUPTCY
1701 JOHN F KENNEDY BLVD
PHILADELPHIA  PA 19103-2899

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
DEPARTMENT 280946
HARRISBURG  PA 17128-0001

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL
ATTN BANKRUPTCY
15TH FLOOR  STRAWBERRY SQUARE
HARRISBURG  PA 17120-0001

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF GENERAL COUNSEL
ATTN BANKRUPTCY
30 N 3RD ST STE 200
HARRISBURG  PA 17101-1715

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 S CIMARRON RD
LAS VEGAS  NV 89113-2273

(P)DIAMOND CREDIT UNION
ATTN COLLECTIONS DEPARTMENT
1600 MEDICAL DRIVE
POTTSTOWN PA 19464-3242

(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

FIRST PREMIER BANK
ATTN BANKRUPTCY
3401 S KIWANIS AVE
SIOUX FALLS  SD 57105-4213

FIRSTENERGY
ATTN BANKRUPTCY
341 WHITE POND DR
AKRON  OH 44320-1119

INTERNAL REVENUE SERVICE
ATTN BANKRUPTCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

KOALAFI
ATTN BANKRUPTCY
4951 LAKE BROOK DR
GLEN ALLEN  VA 23060-9279

LVNV FUNDING LLC
ATTN BANKRUPTCY
355 S MAIN ST
GREENVILLE  SC 29601-2923

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

MERRICK BANK CORP
ATTN BANKRUPTCY
10705 S JORDAN GTWY STE 200
SOUTH JORDAN  UT 84095-3977

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
350 CAMINO DE LA REINA STE 100
SAN DIEGO  CA 92108-3007

NATIONAL RECOVERY AGENCY
ATTN BANKRUPTCY
2491 PAXTON ST
HARRISBURG  PA 17111-1036

NELNET
ATTN BANKRUPTCY
121 S 13TH ST STE 201
LINCOLN  NE 68508-1922

PA EZPASS
ATTN BANKRUPTCY
300 E PARK DR
HARRISBURG  PA 17111-2729

PECO ENERGY CO
ATTN BANKRUPTCY
2301 MARKET ST  S14-1
PHILADELPHIA  PA 19103-1380

(P)PERPAY INC
ATTN CONOR HORAN
2400 MARKET STREET SUITE 300
PHILADELPHIA PA 19103-3033

RESURGENT CAPITAL SERVICES LLC
ATTN BANKRUPTCY
55 BEATTIE PL STE 110
GREENVILLE  SC 29601-5115

(P)SEZZLE INC
BANKRUPTCY DEPARTMENT
700 NICOLLET MALL
STE 640
MINNEAPOLIS MN 55402-2050

SOUTHWEST CREDIT SYSTEMS
ATTN BANKRUPTCY
4120 INTERNATIONAL PKWY STE 1100
CARROLLTON  TX 75007-1958

STRIDE BANK NA
ATTN BANKRUPTCY
324 W BROADWAY AVE
ENID  OK 73701-3838

THE BANCORP BANK NA
ATTN BANKRUPTCY
345 N REID PL STE 700
SIOUX FALLS  SD 57103-7078

US ATTORNEYS OFFICE (EDPA)
ATTN CIVIL PROCESS CLERK
615 CHESTNUT ST  12
PHILADELPHIA  PA 19106-4404

US DEPARTMENT OF EDUCATION
GENERAL COUNSEL
400 MARYLAND AVE SW
WASHINGTON  DC 20202-0001

US DEPARTMENT OF JUSTICE
ATTORNEY GENERAL OF THE UNITED STATES
950 PENNSYLVANIA AVE NW
WASHINGTON  DC 20530-0009

EXCLUDE

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT NC NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA  PA 19107-4202

WEBBANK
ATTN BANKRUPTCY
215 S STATE ST STE 1000
SALT LAKE CITY  UT 84111-2336

WESTLAKE FINANCIAL
ATTN BANKRUPTCY
4751 WILSHIRE BLVD STE 100
LOS ANGELES  CA 90010-3847

DEBTOR

DANIELLA PHYLLIS HALL
320 N EVANS ST
POTTSTOWN  PA 19464-5316

MICHAEL I ASSAD
LAW OFFICE OF MIKE ASSAD  PC
923 HADDONFIELD ROAD
SUITE 336
CHERRY HILL  NJ 08002-2752