# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Daniella Phyllis Hall,

                 Debtor.

Case No. 26-12809-djb

Chapter 13

## Wage Deduction Order

**To:**        Preventative Aftercare Inc.
233 George Junior Rd
Grove City, PA 16127

**Employee:**  Daniella Phyllis Hall
SSN: XXX-XX-2343

**Amount:**    $115.39 per pay period

**Beginning**:  July 16, 2026

**Ending**:    June 28, 2029

**Trustee:**    Kenneth E. West, Chapter 13 Trustee
PO Box 1799
Memphis, TN 38101

      **YOU ARE HEREBY ORDERED** to deduct the Amount shown above from each of the Employee's paychecks, starting with the Beginning date and continuing through the Ending date, and to remit each deduction to the Trustee shown above. You must print the Employee's name and bankruptcy case number on each payment.

Date: **July 6, 2026**

_____
Derek J. Baker
U.S. Bankruptcy Judge