**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                             Case No. 26-12809-djb

      Daniella Phyllis Hall,                                Chapter 13

           Debtor.

**Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents**

**AND NOW**, Debtor Daniella Phyllis Hall, through her attorney, moves for the entry of an order extending the time to file various documents under 11 U.S.C. § 521(i)(3); Fed. R. Bankr. P. 1007(a)(5), 1007(c)(7), and 9006(b)(1); and Local Bankr. R. 9014-2(a)(4) and (a)(14).

1.      The Debtor initiated this case by voluntarily petitioning for relief under chapter 13 on July 1, 2026.

2.      This case was filed in an emergency to restore terminated electricity service during a heat wave.

3.      Because this case was filed on an emergent basis, the schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") were not filed with the petition because the Debtor did not have adequate time to gather the documents and information necessary for her attorney to prepare them.

4.      The Court ordered that the Schedules be filed on or before Wednesday, July 15, 2026.

5.      The Debtor has not yet provided to her attorney all documents and information necessary to prepare the Schedules and needs additional time to do so.

6.     The Debtor requests that the Court extend the deadline through and including Wednesday, July 29, 2026.

7.     The Debtor has filed a plan and intends to make her first trustee payment in a timely manner by wage attachment.

**FOR THOSE REASONS,** the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: July 13, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: _____
Michael I. Assad (#330937)
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

### Certification of Service

I certify that on this date I caused this motion to be served on all parties on the Clerk's service list through the CM/ECF system.

Date: July 13, 2026

_____
Michael I. Assad

2