# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:                                                    Case No. 26-12809-djb

      Daniella Phyllis Hall,                              Chapter 13

                     Debtor.

### Order Extending Time to File Schedules, Statements, and Other Documents

**AND NOW**, upon consideration of the *Motion to Extend Time to File Schedules, Statements, and Other Documents* filed by Debtor Daniella Phyllis Hall, with proper notice and for good cause shown, it is hereby **ORDERED** that:

1.    The Motion is **GRANTED**.

2.    The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 on or before Wednesday, July 29, 2026.

Date: **July 14, 2026**

                                   Derek J. Baker
                                   U.S. Bankruptcy Judge