**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re:                                                                   Case No. 26-12809-djb

        Daniella Phyllis Hall,                                  Chapter 13

              Debtor.

**Debtor's Second Motion to Extend Time**
**to File Schedules, Statements, and Other Documents**

**AND NOW**, Debtor Daniella Phyllis Hall, through her attorney, moves for the entry of an order extending the time to file various documents under 11 U.S.C. § 521(i)(3); Fed. R. Bankr. P. 1007(a)(5), 1007(c)(7), and 9006(b)(1); and Local Bankr. R. 9014-2(a)(4) and (a)(14).

1.    The Debtor initiated this case by voluntarily petitioning for relief under chapter 13 on July 1, 2026.

2.    This case was filed in an emergency to restore terminated electricity service during a heat wave.

3.    Because this case was filed on an emergent basis, the schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") were not filed with the petition because the Debtor did not have adequate time to gather the documents and information necessary for her attorney to prepare them.

4.    The Court originally ordered that the Schedules be filed on or before Wednesday, July 15, 2026.

5.    However, by that time, the Debtor had not yet provided to her attorney all documents and information necessary to prepare the Schedules and needed additional time to do so.

6.      Upon request of the Debtor, the Court extended the deadline to Wednesday, July 29, 2026.

7.      The Debtor has since provided the necessary documents and information necessary documents, but her attorney needs additional time to prepare the Schedules with requisite diligence.

8.      Accordingly, the Debtor requests that the Court extend the deadline through and including Wednesday, August 12, 2026.

9.      The Debtor does not anticipate a need for further extensions and will strive to file the Schedules prior to the extended deadline.

**FOR THOSE REASONS,** the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: July 29, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: _____
Michael I. Assad (#330937)
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law

**Certification of Service**

I certify that on this date I caused this motion to be served on all parties on the Clerk's service list through the CM/ECF system.

Date: July 29, 2026

_____
Michael I. Assad

2