**Notice of Filing Payment Advices Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

```
Debtor        : Daniella Hall
Case No       : 26-12809
Chapter       : 13
Petition Date : 07/01/2026
Period        : 05/02/2026 through 07/01/2026
```

| Page | Date | Employer Name | Gross | Net |
|------|------|---------------|-------|-----|
| 2 | 06/18/2026 | PREVENTATIVE AFTERCARE, INC. | $1,865.09 | $1,454.60 |
| 3 | 06/05/2026 | PREVENTATIVE AFTERCARE, INC. | $1,865.09 | $1,454.62 |
| 4 | 05/22/2026 | PREVENTATIVE AFTERCARE, INC. | $1,865.09 | $1,454.61 |
| 5 | 05/08/2026 | PREVENTATIVE AFTERCARE, INC. | $1,865.09 | $1,454.61 |

GRV  000728  000103  00000250022

**Earnings Statement**

**ADP**

PREVENTATIVE AFTERCARE, INC.
233 GEORGE JUNIOR ROAD
GROVE CITY, PA 16127
724-458-9330

| | |
|---|---|
| Period Beginning: | 05/25/2026 |
| Period Ending: | 06/07/2026 |
| Pay Date: | 06/18/2026 |

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Standard Withholding Table

DANIELLA P HALL
320 NORTH EVANS STREET
POTTSTOWN PA 19464

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1865.09 | 67.37 | 1,865.09 | 23,909.40 |
| Holiday | | 8.00 | | |
| HOLIDAY FLT | | 8.00 | | |
| **Gross Pay** | | | **$1,865.09** | 23,909.40 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,678.04

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -104.11 | 1,332.44 |
| | Medicare Tax | -24.35 | 311.62 |
| | PA State Income Tax | -51.52 | 659.40 |
| | Pine Twp Income Tax | -16.78 | 214.79 |
| | PA SUI Tax | -1.31 | 16.74 |
| | **Other** | | |
| | Accident Ins | -3.88 | 50.44 |
| | Lst-Pine Tax | -2.00 | 26.00 |
| | Pre-tax Dental | -29.40* | 382.20 |
| | Pre-tax Medical | -154.86* | 2,013.18 |
| | Pre-tax Vision | -2.79* | 36.27 |
| | PSTTX EE GTL | -4.15 | 53.95 |
| | Short Term Dis | -15.34 | 196.72 |
| | Garnishment | | 400.17 |
| | **Net Pay** | **$1,454.60** | |
| | Checking | -400.00 | |
| | 2Nd Checking | -822.29 | |
| | 3RD CHECKING | -232.31 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Bonus Day Bal | 8.00 | |
| Group Term Life | 1.06 | 13.14 |
| Pd Time Off Bal | 56.00 | |

**Important Notes**
CO PHONE: 724-458-9330

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PREVENTATIVE AFTERCARE, INC.
233 GEORGE JUNIOR ROAD
GROVE CITY, PA 16127
724-458-9330

| | |
|---|---|
| **Advice number:** | **00000250022** |
| Pay date: | 06/18/2026 |

Deposited to the account of

**DANIELLA P HALL**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx9104 | xxxx xxxx | $822.29 |
| xxxxxx4002 | xxxx xxxx | $400.00 |
| xxxxxxxxx6101 | xxxx xxxx | $232.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

GRV 000728 000103 0000030024

# Earnings Statement

**ADP**

PREVENTATIVE AFTERCARE, INC.
233 GEORGE JUNIOR ROAD
GROVE CITY, PA 16127
724-458-9330

| | |
|---|---|
| Period Beginning: | 05/11/2026 |
| Period Ending: | 05/24/2026 |
| Pay Date: | 06/05/2026 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DANIELLA P HALL
320 NORTH EVANS STREET
POTTSTOWN PA 19464**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1865.09 | 80.70 | 1,865.09 | 22,044.31 |
| **Gross Pay** | | | **$1,865.09** | 22,044.31 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $1,678.04

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -104.10 | 1,228.33 |
| | Medicare Tax | -24.35 | 287.27 |
| | PA State Income Tax | -51.52 | 607.88 |
| | Pine Twp Income Tax | -16.78 | 198.01 |
| | PA SUI Tax | -1.30 | 15.43 |
| | **Other** | | |
| | Accident Ins | -3.88 | 46.56 |
| | Lst-Pine Tax | -2.00 | 24.00 |
| | Pre-tax Dental | -29.40* | 352.80 |
| | Pre-tax Medical | -154.86* | 1,858.32 |
| | Pre-tax Vision | -2.79* | 33.48 |
| | PSTTX EE GTL | -4.15 | 49.80 |
| | Short Term Dis | -15.34 | 181.38 |
| | Garnishment | | 400.17 |
| | **Adjustment** | | |
| | EE Business Exp | +759.80 | |
| | **Net Pay** | **$2,214.42** | |
| | Checking | -400.00 | |
| | 2Nd Checking | -1,582.11 | |
| | 3RD CHECKING | -232.31 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Bonus Day Bal | 8.00 | |
| Float Hol Bal2 | 8.00 | |
| Group Term Life | 1.06 | 12.08 |
| Pd Time Off Bal | 56.00 | |

**Important Notes**

CO PHONE: 724-458-9330

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PREVENTATIVE AFTERCARE, INC.
233 GEORGE JUNIOR ROAD
GROVE CITY, PA 16127
724-458-9330

| | |
|---|---|
| **Advice number:** | **00000230024** |
| Pay date: | 06/05/2026 |

THIS IS NOT A CHECK

Deposited to the account of

**DANIELLA P HALL**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx9104 | xxxx xxxx | $1,582.11 |
| | xxxxxx4002 | xxxx xxxx | $400.00 |
| | xxxxxxxxx6101 | xxxx xxxx | $232.31 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

PREVENTATIVE AFTERCARE, INC.
233 GEORGE JUNIOR ROAD
GROVE CITY, PA 16127
724-458-9330

| | |
|---|---|
| Period Beginning: | 04/27/2026 |
| Period Ending: | 05/10/2026 |
| Pay Date: | 05/22/2026 |

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DANIELLA P HALL**
**320 NORTH EVANS STREET**
**POTTSTOWN PA 19464**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1865.09 | 80.40 | 1,865.09 | 20,179.22 |
| **Gross Pay** | | | **$1,865.09** | 20,179.22 |

Your federal taxable wages this period are
$1,678.04

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -104.11 | 1,124.23 |
| Medicare Tax | | -24.34 | 262.92 |
| PA State Income Tax | | -51.52 | 556.36 |
| Pine Twp Income Tax | | -16.78 | 181.23 |
| PA SUI Tax | | -1.31 | 14.13 |
| **Other** | | | |
| Accident Ins | | -3.88 | 42.68 |
| Lst-Pine Tax | | -2.00 | 22.00 |
| Pre-tax Dental | | -29.40* | 323.40 |
| Pre-tax Medical | | -154.86* | 1,703.46 |
| Pre-tax Vision | | -2.79* | 30.69 |
| PSTTX EE GTL | | -4.15 | 45.65 |
| Short Term Dis | | -15.34 | 166.04 |
| Garnishment | | | 400.17 |
| **Net Pay** | | **$1,454.61** | |
| Checking | | -400.00 | |
| 2Nd Checking | | -822.30 | |
| 3RD CHECKING | | -232.31 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Bonus Day Bal | 8.00 | |
| Float Hol Bal2 | 8.00 | |
| Group Term Life | 1.06 | 11.02 |
| Pd Time Off Bal | 56.00 | |

**Important Notes**
CO PHONE: 724-458-9330

BASIS OF PAY: SALARY

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

PREVENTATIVE AFTERCARE, INC.
233 GEORGE JUNIOR ROAD
GROVE CITY, PA 16127
724-458-9330

| | |
|---|---|
| **Advice number:** | **00000210024** |
| Pay date: | 05/22/2026 |

**Deposited to the account of**
**DANIELLA P HALL**

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx9104 | xxxx xxxx | $822.30 |
| xxxxxx4002 | xxxx xxxx | $400.00 |
| xxxxxxxx6101 | xxxx xxxx | $232.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

PREVENTATIVE AFTERCARE, INC.
233 GEORGE JUNIOR ROAD
GROVE CITY, PA 16127
724-458-9330

Period Beginning: 04/13/2026
Period Ending: 04/26/2026
Pay Date: 05/08/2026

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Standard Withholding Table

**DANIELLA P HALL**
**320 NORTH EVANS STREET**
**POTTSTOWN PA 19464**

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1865.09 | 72.77 | 1,865.09 | 18,314.13 |
| PAIDTIMEOFF | | 8.00 | | |
| **Gross Pay** | | | **$1,865.09** | 18,314.13 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are $1,678.04

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -104.10 | 1,020.12 |
| | Medicare Tax | -24.35 | 238.58 |
| | PA State Income Tax | -51.52 | 504.84 |
| | Pine Twp Income Tax | -16.78 | 164.45 |
| | PA SUI Tax | -1.31 | 12.82 |
| | **Other** | | |
| | Accident Ins | -3.88 | 38.80 |
| | Lst-Pine Tax | -2.00 | 20.00 |
| | Pre-tax Dental | -29.40* | 294.00 |
| | Pre-tax Medical | -154.86* | 1,548.60 |
| | Pre-tax Vision | -2.79* | 27.90 |
| | PSTTX EE GTL | -4.15 | 41.50 |
| | Short Term Dis | -15.34 | 150.70 |
| | Garnishment | | 400.17 |
| | **Adjustment** | | |
| | EE Business Exp | +685.85 | |
| | **Net Pay** | **$2,140.46** | |
| | Checking | -400.00 | |
| | 2Nd Checking | -1,508.15 | |
| | 3RD CHECKING | -232.31 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Bonus Day Bal | 8.00 | |
| Float Hol Bal2 | 8.00 | |
| Group Term Life | 1.06 | 9.96 |
| Pd Time Off Bal | 56.00 | |

**Important Notes**
CO PHONE: 724-458-9330

BASIS OF PAY: SALARY

© 2000 ADP, Inc.

PREVENTATIVE AFTERCARE, INC.
233 GEORGE JUNIOR ROAD
GROVE CITY, PA 16127
724-458-9330

Advice number: 00000190022
Pay date: 05/08/2026

Deposited to the account of
**DANIELLA P HALL**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx9104 | xxxx xxxx | $1,508.15 |
| | xxxxx4002 | xxxx xxxx | $400.00 |
| | xxxxxxxxx6101 | xxxx xxxx | $232.31 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**