| United States Bankruptcy Court<br>Eastern District of Pennsylvania | |
|---|---|
| By: Michael I. Assad (#330937)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@mikeassad.law<br>*Attorney for Debtor* | Case No.: 26-12809-djb |
| In re: Daniella Phyllis Hall,<br><br>*Debtor.* | Chapter: 13<br><br>Judge: Derek J. Baker |

**Debtor's Motion to Amend Wage Deduction Order**

**AND NOW**, Debtor Daniella Phyllis Hall, through her attorney, moves under 11 U.S.C. § 105(a) for entry of an amended wage deduction order directing her new employer to remit part of her wages to the chapter 13 trustee.

**FOR THAT REASON**, the Debtor requests entry of the proposed order, and further relief in her favor if necessary and proper under the law.

Date: November 11, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad