**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re: Daniella Phyllis Hall,

*Debtor.*

Case No.: 26-12809-djb

Chapter: 13

Judge: Derek J. Baker

## Amended Wage Deduction Order

| | |
|---|---|
| To: | Merakey Montgomery County<br>620 Germantown Pike<br>Lafayette Hill, PA 19444 |
| Employee: | Daniella Phyllis Hall<br>SSN: XXX-XX-2343 |
| Amount: | $230.78 per pay period |
| Beginning: | November 27, 2026 |
| Ending: | June 28, 2029 |
| Trustee: | Kenneth E. West, Chapter 13 Trustee<br>PO Box 1799<br>Memphis, TN 38101 |

**YOU ARE HEREBY ORDERED** to deduct the Amount shown above from each of the Employee's paychecks, starting with the Beginning date and continuing through the Ending date, and to remit each deduction to the Trustee shown above. You must print the Employee's name and bankruptcy case number on each payment.

This Order supersedes the Wage Deduction Order entered on July 6, 2026, at ECF No. 9.

Date: **November 13, 2026**

Derek J. Baker
U.S. Bankruptcy Judge