United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-12809-djb

Daniella Phyllis Hall Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1

Date Rcvd: Nov 13, 2026 Form ID: pdf900 Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Daniella Phyllis Hall, 320 N Evans St, Pottstown, PA 19464-5316 |
| | + | Merakey Montgomery County, 620 Germantown Pike, Lafayette Hill, PA 19444-1810 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL I. ASSAD | on behalf of Debtor Daniella Phyllis Hall mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| United States Bankruptcy Court<br>Eastern District of Pennsylvania | | |
|---|---|---|
| In re: Daniella Phyllis Hall, | Case No.: | 26-12809-djb |
| | Chapter: | 13 |
| *Debtor.* | Judge: | Derek J. Baker |

**Amended Wage Deduction Order**

To: Merakey Montgomery County
620 Germantown Pike
Lafayette Hill, PA 19444

Employee: Daniella Phyllis Hall
SSN: XXX-XX-2343

Amount: $230.78 per pay period

Beginning: November 27, 2026

Ending: June 28, 2029

Trustee: Kenneth E. West, Chapter 13 Trustee
PO Box 1799
Memphis, TN 38101

**YOU ARE HEREBY ORDERED** to deduct the Amount shown above from each of the Employee's paychecks, starting with the Beginning date and continuing through the Ending date, and to remit each deduction to the Trustee shown above. You must print the Employee's name and bankruptcy case number on each payment.

This Order supersedes the Wage Deduction Order entered on July 6, 2026, at ECF No. 9.

Date: **November 13, 2026**

Derek J. Baker
U.S. Bankruptcy Judge