**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

By: Michael I. Assad (#330937)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@mikeassad.law
*Attorney for Debtor*

In re: Daniella Phyllis Hall,

Debtor.

| | |
|---|---|
| Case No.: | 26-12809-djb |
| Chapter: | 13 |
| Judge: | Derek J. Baker |

## Notice of Change of Debtor's Address

Under Fed. R. Bankr. P. 4002(a)(5), Debtor Daniella Phyllis Hall gives notice that her address has changed. Effective immediately, all notices and other mail for the Debtor should be sent to the new address below.

**Former address:**

Daniella Phyllis Hall
320 N Evans St
Pottstown PA 19464-5316

**New address:**

Daniella Phyllis Hall
642 Cowpath Rd PMB 109
Lansdale PA 19446-1586

Date: November 19, 2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad